1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA
8                                  * * *
9
10   CLOCKWORK IP, LLC, et al.,            Case No. 2:12-cv-01532-MMD-PAL
11                          Plaintiff,
                                           ORDER ACCEPTING REPORT AND
12         v.                              RECOMMENDATION OF MAGISTRATE
                                           JUDGE PEGGY A. LEEN
     ALADDIN ONE HOUR HVAC, INC., a
13   Nevada corporation now known as
     HONEST ABE'S AC REPAIR, INC.,
14
                          Defendant.
15

16         Before the Court is the Report and Recommendation of United States Magistrate

17   Judge Peggy A. Leen (dkt. no. 37) ("R&R") relating to Plaintiffs' Motion for Entry of

18   Default Judgment (dkt. no. 36). (Dkt. no. 37.)  Defendant had until November 30, 2015 to

19   object.  (*Id.*)  To date, no objection has been filed.

20         This Court "may accept, reject, or modify, in whole or in part, the findings or

21   recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Where a party

22   timely objects to a magistrate judge's report and recommendation, then the court is

23   required to "make a *de novo* determination of those portions of the [report and

24   recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).  Where a party

25   fails to object, however, the court is not required to conduct "any review at all . . . of any

26   issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

27   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

28   magistrate judge's report and recommendation where no objections have been filed. *See*

1   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

2   of review employed by the district court when reviewing a report and recommendation to

3   which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

4   1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

5   view that district courts are not required to review "any issue that is not the subject of an

6   objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

7   the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F.

8   Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

9   which no objection was filed).

10       Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

11   determine whether to adopt Magistrate Judge Leen's R&R. Upon reviewing the R&R and

12   records in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in

13   full.

14       It is therefore ordered, adjudged and decreed that the Report and

15   Recommendation of Magistrate Judge Peggy A. Leen (dkt. no. 37) is accepted and

16   adopted in its entirety.

17       It is further ordered that Plaintiffs' Motion for Entry of Default Judgment (dkt. no.

18   36) is granted and Plaintiffs are awarded a total of $4,284.20. The Clerk is directed to

19   enter judgment in accordance with this Order and close the case.

20       DATED THIS 23rd day of December 2015.

21

22   _____

23   MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

24

25

26

27

28